# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**663**

**CA 13-01582**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, SCONIERS, AND DEJOSEPH, JJ.

---

JENNIFER MANGANIELLO, PLAINTIFF-APPELLANT,

V                                                                          ORDER

GREAT ARROW MANAGEMENT, LLC, AND GREAT ARROW
ACQUISITION, LLC, DEFENDANTS-RESPONDENTS.

---

FEUERSTEIN & SMITH, LLP, BUFFALO (MARK E. GUGLIELMI OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

LAW OFFICE OF BRADY & CARAFA, SYRACUSE (THOMAS P. CARAFA OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS.

-----------------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Erie County (Patrick
H. NeMoyer, J.), entered February 22, 2013 in a personal injury
action.  The order granted defendants' motion for summary judgment
dismissing plaintiff's complaint.

    It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  June 13, 2014                            Frances E. Cafarell
                                                   Clerk of the Court